## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

THE HERSHEY COMPANY and HERSHEY
CHOCOLATE & CONFECTIONERY
CORPORATION,

    Plaintiffs,

     v.

SWITZER CANDY COMPANY

    Defendant.

1:CV 06-0143

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

   The parties, by their undersigned counsel, hereby stipulate to the dismissal of this action, including plaintiffs' claims and defendant's counterclaim, in all instances with prejudice, with each party to bear its own costs and attorneys' fees.

/s/ Harvey Freedenberg
Harvey Freedenberg
McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
Telephone: (717) 237-5267
Facsimile: (717) 237-5300

*Attorneys for Plaintiffs*

Dated:  October 3, 2006

/s/ Brian P. Downey
Brian P. Downey
Pepper Hamilton LLP
200 One Keystone Plaza
P.O. Box 1181
Harrisburg, PA 17108-1181
Telephone: (717) 255-1155
Facsimile: (717) 238-0575

*Attorneys for Defendant*

SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:        _____, 2006
              Harrisburg, Pennsylvania